**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Gerald Hayes v. The State of Texas

Appellate case number:    01-09-00437-CR

Trial court case number:  1198372

Trial court:                       351st District Court of Harris County

Appellant's motion to set aside this Court's July 26, 2012 order directing the trial court to appoint counsel to represent appellant on appeal is **denied**.

Appellant's motion to "supplement/amend" counsel's brief "with pro se arguments and points of error" is **denied**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
☑ Acting individually     ☐ Acting for the Court

Date: February 28, 2013